# ZARIN & STEINMETZ

Attorneys at Law
81 Main Street, Suite 415
White Plains, NY 10601
(914) 682-7800



*Invoice submitted to:*

CPD NY Energy Corp.
c/o John Barone, Esq.
Tooher and Barone, LLP
313 Hamilton Street
Albany, NY 12210

April 30, 2012

*Client No.:* 2311

*In Reference To:* Representation of Exxon/Mobil in Pending Litigation - Indemnified by CPD

**Professional Services**

| | | Hours | Amount |
|---|---|---|---|
| 3/5/2012 | MRG | 0.50 | |
| 3/7/2012 | MRG | 0.30 | |
| 3/8/2012 | MRG | 0.20 | |
| 3/9/2012 | DS | 0.30 | |
| 3/12/2012 | MRG | 0.50 | |
| 3/13/2012 | MRG | 0.50 | |
| 3/14/2012 | MRG | 0.30 | |
| 3/15/2012 | DS | 0.60 | |
| | MRG | 0.50 | |

CPD NY Energy Corp.                                                             Page        2

|  |  | Hours | Amount |
|---|---|---|---|
| 3/16/2012 DS | ▮ | 2.50 |  |
| 3/19/2012 JEK | ▮ | 0.40 |  |
| MRG | ▮ | 0.50 |  |
| 3/22/2012 MRG | ▮ | 0.50 |  |
| 3/25/2012 MRG | ▮ | 2.50 |  |
| 3/29/2012 DS | ▮ | 0.30 |  |
| MRG | ▮ | 0.50 |  |

**For professional services rendered**                                    10.90   $3,702.00

**Additional Charges :**

3/31/2012  Westlaw Legal Research charges - March 2012                              5.33

**Total costs**                                                                     $5.33

**Total amount of this bill**                                                   $3,707.33

**Previous balance**                                                            $2,562.50

4/30/2012  Payment - Thank You. Check No. 2255                                ($2,562.50)

**Total payments and adjustments**                                            ($2,562.50)

**Balance due**                                                                 $3,707.33

CPD NY Energy Corp.                                                                 Page      3

There is a balance due on your account, please remit payment promptly.

PLEASE INCLUDE YOUR CLIENT NUMBER ON YOUR CHECK, THANK YOU.

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David Steinmetz - Partner | 3.70 | 400.00 | $1,480.00 |
| Jeremy E. Kozin | 0.40 | 200.00 | $80.00 |
| Marsha Rubin Goldstein | 6.80 | 315.00 | $2,142.00 |