UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
THE PLUMBING SUPPLY, LLC, d/b/a
FAUCET WORKS,
               Plaintiff,
v.
EXXONMOBIL OIL CORP., EXXON
MOBIL CORP., CPD NY ENERGY CORP.,
CUMBERLAND FARMS, INC., and JOHN DOES
1-10,
               Defendants.
------------------------------------------------X
CPD NY ENERGY CORP.,
               Third-Party Plaintiff,
v.
CUMBERLAND FARMS, INC.,
GROUNDWATER & ENVIRONMENTAL
SERVICES, INC., and JOHN DOES 1-10,
               Third-Party Defendants.
------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/16

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

~~13 CV 8256 (VB)~~
14 CV 3674 (VB)

The above entitled action is referred to the Honorable Paul E. Davison, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | JURY SELECTION |
| | | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| | | ____ | SETTLEMENT |
| _X_ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) CPD's proposed motion to compel (See Doc. #257) | ____ | OTHER |

Dated: February 25, 2016
       White Plains, New York

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge