

300 Powers Building, 16 West Main Street, Rochester, New York 14614
**P** 585.381.3400  ◆  www.ruppbaase.com

ALISON K. L. MOYER
moyer@ruppbaase.com

April 28, 2016

**VIA ELECTRONIC FILING**

Hon. Vincent L. Briccetti, U.S.D.J.
United District Court for the Southern District
300 Quarropas Street, Room 630
White Plains, New York 10601

      Re:    The Plumbing Supply v. ExxonMobil Oil Corp., et al.
               Civil Action No.:  14-cv-3674
               <u>Our File No.:      0002.17951</u>

Honorable Sir:

      We represent the third-party defendant, Groundwater & Environmental Services, Inc. Kindly allow this letter to serve as GES's request to join in defendant EMC's request for an extension of time to respond to CPD's motion to amend its third-party complaint and cross-claims.

      We were also under the impression that the briefing schedule requiring opposition papers to be served by April 29, 2016, applied to CPD's motion.  In view of the foregoing, we respectfully request that the Court grant GES an extension of time to April 29, 2016 to respond to CPD's motion.

      We appreciate the Court's continued attention and consideration.

Respectfully submitted,

Alison K. L. Moyer

*Innovation in Practice*