# Exhibit C

Menu

FOIL Request Main Page            I want to...    ▼

**Contact E-Mail:**            moyer@ruppbaase.com
**Reference No:**              W012135-091416

---

**Type of Record(s) Requested:**       Spill

**Description of Record(s) Requested:**

All documents, correspondence, emails, memoranda, notes, agency and administrative decisions, orders, pleadings, submissions, reports, data, and all other records and writings, including all paper and electronic records kept by NYSDEC, regarding spill number 89-13000, pertaining to 407 White Plains Road, Eastchester, New York, and 395 White Plains Road, Eastchester, New York, from 1989 to present.

**NYSDEC Office processing the Request:**

Region 3: (Lower Hudson Valley) Covers the counties of: Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster and Westchester

**If your request pertains to just one Region, select that Region. If your request pertains to more than one Region, select Central Office. If you're unsure which Region your request pertains to, select Central Office. The Department will route your request to the appropriate Region(s)**

**Preferred Method to Receive Records:**

Express Mail (UPS)

**NYSDEC will use its best efforts to provide records via the method you select. However, in some cases a particular delivery method is not feasible. In such cases NYSDEC will deliver the records via an alternative method**

Please note not all public documents are available in electronic format. If the document(s) requested are not available electronically, we will make them available for inspection or by paper copy in accordance with the Public Records Law.

**Attachments:**
Easement.ER.8913000.2009-10-27.spill_notification.pdf
Email.ER.8913000.2009-10-21.request_direction_re_new_spill.pdf
Email.ER.8913000.2009-10-21.response_re_new_spill_numbers.pdf
Email.ER.8913000.2009-10-27.addit_dec_comments_and_reply.pdf
Email.ER.8913000.2009-10-27.dec_questions.pdf
Email.ER.8913000.2009-10-27.ges_response.pdf
Email.ER.8913000.2009-11-09.approve_semi_annual_reporting.pdf
Email.ER.8913000.2009-11-09.deny_shutdown_for_now.pdf
Email.ER.8913000.2010-03-19.Untitled_20140903163216.pdf

Email.ER.8913000.2010-05-04.Untitled_20140903163216.pdf
Email.ER.8913000.2012-04-19.IndoorAir.FaucetWorks.pdf
Email.ER.8913000.2013-04-26.RemedialAdditions.pdf
File.ER.8913000.2008-04-08.batchfile_1989-2005.pdf
File.ER.8913000.2008-04-17.batchfile_1990-2003.pdf
Image-Photograph.ER.8913000.2015-05-26.Photo.pdf
Letter-Correspondence.ER.8913000.2004-03-15.reduce_monitoring_letter.pdf
Letter-Correspondence.ER.8913000.2004-05-17.reduce_monitoring_letter.pdf
Letter-Correspondence.ER.8913000.2007-01-30.workplan.pdf
Letter-Correspondence.ER.8913000.2007-02-27.techlaw_review_mobil.pdf
Letter-Correspondence.ER.8913000.2013-05-03.letter.Zarin.Steinmetz.pdf
Letter-Correspondence.ER.8913000.2015-03-09.Att_Letter.pdf
Letter-Correspondence.ER.8913000.2016-04-19.ROE_letter.pdf
Letter-Correspondence.ER.8913000.2016-05-25.RP___ROE_letters.pdf
Report.ER.8913000.2004-01-29.QMR.pdf
Report.ER.8913000.2004-04-30.QMR.pdf
Report.ER.8913000.2004-08-12.QMR.pdf
Report.ER.8913000.2005-02-01.QMR.pdf
Report.ER.8913000.2005-05-20.QMR.pdf
Report.ER.8913000.2005-08-24.QMR.pdf
Report.ER.8913000.2005-10-17.QMR.pdf
Report.ER.8913000.2006-02-16.QMR.pdf
Report.ER.8913000.2006-05-04.QMR.pdf
Report.ER.8913000.2006-08-07.QMR.pdf
Report.ER.8913000.2006-11-01.QMR.pdf
Report.ER.8913000.2007-01-30.QMR.pdf
Report.ER.8913000.2007-04-27.QMR.pdf
Report.ER.8913000.2007-04-27.Subsurface_Investigation.pdf
Report.ER.8913000.2007-04-30.QMR.pdf
Report.ER.8913000.2007-08-07.QMR.pdf
Report.ER.8913000.2008-01-28.QMR.pdf
Report.ER.8913000.2008-05-14.FaucetWorksInvestigation.pdf
Report.ER.8913000.2008-08-05.QMR.pdf
Report.ER.8913000.2008-11-04.QMR.pdf
Report.ER.8913000.2009-01-28.QMR.pdf
Report.ER.8913000.2009-01-28.QMR_4th_qtr_2008.pdf
Report.ER.8913000.2009-05-01.QMR.pdf
Report.ER.8913000.2009-05-01.QMR_1st_qtr_2009.pdf
Report.ER.8913000.2009-08-07.qmr.pdf
Report.ER.8913000.2009-10-28.qmr-temp_shutdn_request.pdf
Report.ER.8913000.2010-02-03.Untitled_20140903163225.pdf
Report.ER.8913000.2010-05-04.Untitled_20140903163226.pdf
Report.ER.8913000.2010-11-19.QMR.pdf
Report.ER.8913000.2010-12-18.remedial_feasibility_summary_report.pdf
Report.ER.8913000.2011-08-10.SAMonitoring.pdf
Report.ER.8913000.2011-11-08.SemiAnnual.pdf
Report.ER.8913000.2012-02-17.SemiAnnual.pdf
Report.ER.8913000.2012-08-14.SemiAnnual.pdf
Report.ER.8913000.2013-02-07.SAMonitoring.pdf
Report.ER.8913000.2013-02-13.IndoorAirAssessment.pdf
Report.ER.8913000.2013-05-03.AKRF.review.of.remedial.activities.pdf
Report.ER.8913000.2013-07-31.SAMonitoring.pdf
Report.ER.8913000.2014-07-09.WCHD_FIR.pdf
Report.ER.8913000.2014-07-29.SAM_CPD_East_Chester.pdf
Report.ER.8913000.2015-03-04.WCHD_Neighbor_FIR.pdf
Report.ER.8913000.2015-03-19.Letter_to_DEC_Cencl.pdf
Report.ER.8913000.2015-10-27.GES_report_WCHD_letter.pdf

W012135-091416 MOYER.doc
Work Plan.ER.8913000.2012-02-17.IndoorAir.pdf

| New Message | Cancel |

**Message History**

On 9/15/2016 8:18:52 AM, New York DEC Support wrote:

Good morning Alison

Attached you will find your acknowledgement to your FOIL request that we received.  Your request has been forward to the Spills program.  Thank you and have a nice day. - Region 3 FOIL Office

On 9/14/2016 4:05:32 PM, New York DEC Support wrote:

Dear Alison:

Thank you for your Freedom of Information Law (FOIL) request. Your request has been received and is being processed. Your request was received in this office on 9/14/2016 and given the reference number FOIL #W012135-091416 for tracking purposes.  You may expect the Department's response to your request no later than **10/13/2016**.

Record Requested: **All documents, correspondence, emails, memoranda, notes, agency and administrative decisions, orders, pleadings, submissions, reports, data, and all other records and writings, including all paper and electronic records kept by NYSDEC, regarding spill number 89-13000, pertaining to 407 White Plains Road, Eastchester, New York, and 395 White Plains Road, Eastchester, New York, from 1989 to present.**

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the FOIL Center.

https://mycusthelp.com/NEWYORKDEC/_rs/RequestLogin.aspx

New York State Department of Environmental Conservation, Record Access Office

Track the issue status and respond at: https://mycusthelp.com/NEWYORKDEC//_rs/RequestEdit.aspx?rid=12135

On 9/14/2016 4:05:30 PM, Alison Moyer wrote:

Request was created by customer



FOIL Request Main Page          I want to...   ▾

**Contact E-Mail:**          moyer@ruppbaase.com

**Reference No:**          W012136-091416

**Type of Record(s) Requested:**          Spill

**Description of Record(s) Requested:**          All documents, correspondence, emails, memoranda, notes, agency and administrative decisions, orders, pleadings, submissions, reports, data, and all other records and writings, including all paper and electronic records kept by NYSDEC, regarding spill number 98-08477, pertaining to 381 White Plains Road, Eastchester, New York, and 395 White Plains Road, Eastchester, New York, from 1998 to present.

**NYSDEC Office processing the Request:**          Region 3: (Lower Hudson Valley) Covers the counties of: Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster and Westchester

**If your request pertains to just one Region, select that Region. If your request pertains to more than one Region, select Central Office. If you're unsure which Region your request pertains to, select Central Office. The Department will route your request to the appropriate Region(s)**

**Preferred Method to Receive Records:**          Express Mail (UPS)

**NYSDEC will use its best efforts to provide records via the method you select. However, in some cases a particular delivery method is not feasible. In such cases NYSDEC will deliver the records via an alternative method**

Please note not all public documents are available in electronic format. If the document(s) requested are not available electronically, we will make them available for inspection or by paper copy in accordance with the Public Records Law.

**Attachments:**     Email.ER.9808477.2009-11-10.dec_directive.pdf
Letter-Correspondence.ER.9808477.2016-05-25.RP___ROE_letters-_Hand_delivered.pdf
Report.ER.9808477.2009-10-26.2009_annual.pdf
Report.ER.9808477.2010-02-02.qmr.pdf
Report.ER.9808477.2010-08-23.1st.qtr.QMR.pdf
Report.ER.9808477.2010-10-19.QMR_3rd_qtr_2010.pdf
Report.ER.9808477.2011-06-03.QMR.pdf
Report.ER.9808477.2011-06-03.QMR_1st_qtr_2011.pdf
Report.ER.9808477.2011-08-17.QMR.pdf

Report.ER.9808477.2011-11-09.QMR.pdf
Report.ER.9808477.2012-01-25.QMR.pdf
Report.ER.9808477.2012-03-14.QMR.pdf
Report.ER.9808477.2012-06-15.QMR.pdf
W012136-091416_MOYER.doc

New Message          Cancel

**Message History**

On 9/15/2016 8:21:28 AM, New York DEC Support wrote:

Good morning Alison

Attached you will find your acknowledgment to your FOIL request that we received. Your request has been forward to the Spill program. Thank you and have a nice day. - Region 3 FOIL Office

On 9/14/2016 4:07:47 PM, New York DEC Support wrote:

Dear Alison:

Thank you for your Freedom of Information Law (FOIL) request. Your request has been received and is being processed. Your request was received in this office on 9/14/2016 and given the reference number FOIL #W012136-091416 for tracking purposes. You may expect the Department's response to your request no later than **10/13/2016**.

Record Requested: **All documents, correspondence, emails, memoranda, notes, agency and administrative decisions, orders, pleadings, submissions, reports, data, and all other records and writings, including all paper and electronic records kept by NYSDEC, regarding spill number 98-08477, pertaining to 381 White Plains Road, Eastchester, New York, and 395 White Plains Road, Eastchester, New York, from 1998 to present.**

You can monitor the progress of your request at the link below and you'll receive an email when your request has been completed. Again, thank you for using the FOIL Center.

https://mycusthelp.com/NEWYORKDEC/_rs/RequestLogin.aspx

New York State Department of Environmental Conservation, Record Access Office

Track the issue status and respond at: https://mycusthelp.com/NEWYORKDEC//_rs/RequestEdit.aspx?rid=12136

On 9/14/2016 4:07:45 PM, Alison Moyer wrote:

Request was created by customer

