UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_Plumbing Supply_
                Plaintiff(s),

v.

_Exxon Mobile, et al._
                Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

_14 CV 3674_ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been scheduled/ re-scheduled for:

✓ Status conference      ___ Final pretrial conference

___ Telephone conference      ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference     ___ Suppression hearing

___ Oral argument             ___ Plea hearing

___ Bench ruling on motion    ___ Sentencing

on _1-23-_, 20_19_, at _12:00 PM_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _12/12/18_

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _12-6-_, 20_18_
White Plains, NY

SO ORDERED:

_/s/ VB_

Vincent L. Briccetti
United States District Judge