

Eric Lindquist, Counsel
eric@cw.legal

June 10, 2019

**VIA ECF ONLY**

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY  10601

      RE:    *The Plumbing Supply, LLC d/b/a Faucet Works v. ExxonMobil Oil Corp. et al.,* Docket No. 7:14-cv-03674 (VLB) – Settlement Agreement in Principle

Dear Judge Briccetti:

      We are pleased to advise Your Honor that the parties have reached an agreement in principle to settle the above case, subject to agreement on documentation.  In light of this development, we respectfully request that the status conference currently scheduled for Monday June 10 be adjourned *sine die*.

      Respectfully submitted,

      _____
      Eric Lindquist, Esq.

Cc:  All Attorneys of Record (via ECF)