USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 9/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE PLUMBING SUPPLY, LLC, d/b/a
FAUCET WORKS,

    Plaintiff,

-against-

EXXONMOBIL OIL CORPORATION,
CPD NY ENERGY CORPORATION, and
JOHN DOES 1-10,

    Defendants.

---

CPD NY ENERGY CORP.,

    Defendant and Third-Party Plaintiff,

-against-

CUMBERLAND FARMS, INC., GROUNDWATER
& ENVIRONMENTAL SERVICES, INC., JOHN
DOES1-10,

    Third-Party Defendants.

CUMBERLAND FARMS, INC.,

    Third Party Defendant and
    Third Party Plaintiff,

-against-

CONOCOPHILLIPS COMPANY,

    Third Party Defendant.

---

[& ORDER]
STIPULATION OF PARTIAL
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)

Case No.: 14-cv-3674 (VB)

Hon. Vincent L. Briccetti
U.S.D.J.

---

    IT IS HEREBY STIPULATED AND AGREED by and between Defendant/Third-Party Plaintiff CPD NY Energy Corp. ("CPD") and Third Party Defendant Groundwater & Environmental Services, Inc. ("GES"), and/or their respective counsel, that the above-captioned

1

Third Party Claim is voluntarily dismissed, with prejudice, against Third Party Defendant GES only, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*(signature)*          *(signature)*

John L. Barone, Esq.  
William F. Demarest III, Esq.  
Tooher & Barone, LLP  
*Attorneys for Third-Party Plaintiff CPD NY ENERGY CORP.*  
313 Hamilton Street  
Robinson Square  
Albany, New York 12210  
(518) 432-4100  
Fax: (518) 432-4200  

Dated: September 26, 2019

John T. Kolaga, Esq.  
Rupp Baase Pfalzgraf, Cunningham, LLC  
*Attorneys for Third-Party Defendant Groundwater & Environmental Services, Inc.*  
1600 Liberty Building  
Buffalo, New York 14202  
(716) 854-3400  

Dated: September 26, 2019

Dated: 9/27, 2019  
White Plains, NY

SO ORDERED:

*(signature)*

Vincent L. Briccetti  
United States District Judge

2