UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THE PLUMBING SUPPLY, LLC, d/b/a :
FAUCET WORKS, :
             Plaintiff, :
v. :
 :
EXXONMOBIL OIL CORP., EXXON :
MOBIL CORP., CPD NY ENERGY :
CORP., CUMBERLAND FARMS, INC., :
and JOHN DOES 1-10, :
             Defendants. :
--------------------------------------------------------------x  **ORDER**
CPD NY ENERGY CORP., :
             Third-Party Plaintiff, : 14 CV 3674 (VB)
v. :
 :
CUMBERLAND FARMS, INC., :
GROUNDWATER & ENVIRONMENTAL :
SERVICES, INC., and JOHN DOES 1-10, :
             Third-Party Defendants. :
--------------------------------------------------------------x
CUMBERLAND FARMS, INC., :
             Third-Party Plaintiff, :
v. :
 :
CONOCOPHILLIPS COMPANY :
             Third-Party Defendant. :
--------------------------------------------------------------x

     On September 6, 2019, former counsel for plaintiff, Zarin & Steinmetz, filed on the Court's Electronic Case Filing ("ECF") system a redacted Notice of Petition to Enforce Charging Lien and a Petition to Enforce Charging Lien. (Doc. #508). In its notice, Zarin & Steinmetz requested the Court adjudge that Zarin & Steinmetz has a charging lien against the settlement proceeds in The Plumbing Supply, LLC v. ExxonMobil Corporation, et al., 14 CV 3674. (See Sealed Doc. #423, Ex. B).

     On February 21, 2020, all parties to the lawsuit—Faucet Works, Groundwater and Environmental Services, Inc. ("GES"), CPD NY Energy Corp. ("CPD"), Cumberland Farms,

1

Inc. ("CFI"), ExxonMobil Oil Corporation, ExxonMobil Corporation, and ConocoPhillips Company—filed a stipulation of voluntary dismissal terminating this action. (Doc. #523).

Although Faucet Works, CPD, CFI and GES have previously stated that they do not intend to contest the petition (Doc. #513), **the Court directs counsel for these parties to submit a joint letter with Zarin & Steinmetz by March 10, 2020, confirming their position with respect to the petition**, at which time the Court will issue the proposed order. (Doc. #509). If the parties seek to contest the petition for the charging lien, they shall submit a proposed briefing schedule in their joint letter.

Dated: February 25, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge