UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE PLUMBING SUPPLY, LLC, d/b/a
FAUCET WORKS,                                               14-cv-3674 (VLB)
            Plaintiff,

     -against-                                               **ECF CASE**

EXXONMOBIL OIL CORPORATION,
EXXON MOBIL CORPORATION,                                    ~~PROPOSED~~
CPD NY ENERGY CORPORATION,                                  **ORDER**
CUMBERLAND FARMS, INC. and
JOHN DOES 1-10,

            Defendants.

------------------------------------x

CPD NY ENERGY CORPORATION,

            Defendant and Third-Party Plaintiff,

     - against -

CUMBERLAND FARMS, INC., GROUNDWATER
& ENVIRONMENTAL SERVICES, INC., and JOHN
DOES 1-10,

            Third-Party Defendants.

------------------------------------x

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/10/20]

It is hereby ORDERED:

1.     Pursuant to § 475 of the Judiciary Law of the State of New York, Zarin & Steinmetz has a charging lien against settlement proceeds (the "Settlement Proceeds") in *The Plumbing Supply, LLC v. ExxonMobil Corporation, et al.*, 7:14-cv-03674-VB-PED (the "Federal Lawsuit") in an amount calculated in accordance with the confidential Fee Settlement Agreement between Petitioner and The Plumbing Supply, LLC, d/b/a Faucet Works ("Plaintiff") (See Sealed Doc.# 423, Exh. B).

2.     Plaintiff shall pay same to Petitioner within five (5) days of after the later of (a) the date of entry of this Order or (b) Plaintiff's receipt of any of the Settlement Proceeds. Plaintiff shall disclose to Petitioner the total amount of the Settlement Proceeds. Petitioner shall not disclose the amount of the Settlement Proceeds to any third person for any purpose unless required by law to do so.

Dated: 3/10/20

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge